IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER MICHAEL LESTER                                                                PLAINTIFF
ADC #101939

v.                                         NO. 5:11CV00284 JLH

JAROD A. HARRIS *et al.*                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 3rd day of January, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE